IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 3:15-CV-289-GCM

| | |
|---|---|
| DANIEL FUSCO AND DIANE FUSCO,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHPOINT ERM LLC, NORTHPOINT SOFTWARE VENTURES, INC., REBECCA CHAPMAN as the EXECUTOR OR ADMINISTRATOR OF THE ESTATE OF DAVID L. CHAPMAN, REBECCA CHAPMAN (in her individual capacity), SALLY DUNGAN and RICHARD GAFFEY,<br><br>Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Gordon M. Orloff,** filed February 29, 2016 [doc. # 49].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Orloff is admitted to appear before this court *pro hac vice* on behalf of Defendant, Sally Dungan.

**IT IS SO ORDERED.**

Signed: March 2, 2016

Graham C. Mullen
United States District Judge