UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

DANIEL FUSCO and DIANE FUSCO,

    Plaintiffs,

- against -

NORTHPOINT ERM LLC, NORTHPOINT SOFTWARE VENTURES, INC., REBECCA CHAPMAN as the EXECUTOR OR ADMINISTRATOR OF THE ESTATE OF DAVID L. CHAPMAN, REBECCA CHAPMAN (in her individual capacity), SALLY DUNGAN, and RICHARD GAFFEY,

    Defendants.

Civil Action No. 15-cv-289

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL PARTIES**

**PLEASE TAKE NOTICE THAT** all parties who have appeared in this action, by and among their undersigned counsel, hereby stipulate, agree, and give notice that all claims in the above-entitled action be and hereby are dismissed against all parties with prejudice and without costs or attorneys' fees to any party as against the other, with the parties waiving all rights of appeal related thereto.

The parties request that the Court dismiss and close this action.

This 4th of January, 2017.

| | |
|---|---|
| **STRIANESE, PLLC** | **RACKEMANN SAWYER BREWSTER** |
| By:/s Christopher R. Strianese<br>Christopher R. Strianese<br>NC Bar # 46918<br>401 North Tryon Street<br>10th Floor<br>Charlotte, North Carolina 28202<br>tel. 704-998-2577<br>*chris@strilaw.com*<br>*Attorney for Plaintiffs* | By: /s Gordon M. Orloff<br>Gordon M. Orloff<br>160 Federal Street<br>Boston, MA 02110<br>tel. 617-542-7437<br>*gorloff@rackemann.com*<br>*Attorneys for Defendant Dungan*<br>*Admitted Pro Hac Vice*<br><br>Brian Lee Church<br>Charles E. Johnson<br>Robinson Bradshaw & Hinson, P.A.<br>101 North Tryon Street<br>Suite 1900<br>Charlotte, NC 28202<br>704-377-8166<br>Fax: 704-339-3466<br>bchurch@rbh.com<br>cejohnson@rbh.com<br>*Attorneys for Defendant Sally Dungan* |
| **BAUCOM, CLAYTOR, BENTON, MORGAN and WOOD, PA** | **NELSON, MULLINS, RILEY & SCARBOROUG, LLP** |
| By: /s Milton Heath Gilbert, Jr.<br>Milton Heath Gilbert , Jr.<br>1351 East Morehead Street<br>Charlotte, NC 28204<br>704-376-6527<br>Fax: 704-376-6207<br>hgilbert@baucomclaytor.com<br>*Attorneys for Defendants NorthPoint ERM LLC* | By: /s Tracey Edward Tomlin<br>Tracy Edward Tomlin<br>100 N. Tryon St., 42nd Floor<br>Charlotte, NC 28202<br>704-417-3101<br>Fax: 704-417-3227<br>tracy.tomlin@nelsonmullins.com<br>*Attorneys for Defendant Richard Gaffey* |

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing **STIPULATION OF DISMISSAL** on the other parties to this action by filing with CM/ECF, which will send an email to all parties via their counsel of record.

This the 4th day of January, 2017.

/s Christopher R. Strianese
Christopher R. Strianese

Strianese, PLLC
401 N. Tryon St., 10th Floor
Charlotte, NC 28202
chris@strilaw.com